

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2018

No. 04-18-00132-CV

**IN THE INTEREST OF T.M.A. AND Y.C.A, CHILDREN,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01798
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The State's brief is due on June 11, 2018. *See* TEX. R. APP. P. 38.6(b). On the due date, the State filed a first motion for an extension of time to file its brief until July 2, 2018.

The State's motion is GRANTED. The State's brief is due on July 2, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court